U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 2 0 2009

TONY R. MO... CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN DUPRY | CIVIL ACTION NO. 08-cv-1036 |
| VERSUS | JUDGE WALTER |
| DR. LAURA GEHRIG, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motions for Summary Judgment (Docs. 30 and 46)** are **granted** and all claims against movants are **dismissed with prejudice** for failure to exhaust administrative remedies before filing suit.

**IT IS FURTHER ORDERED** that all claims against Dr. Laura Gehrig are **dismissed with prejudice** for failure to exhaust administrative remedies before filing suit.

**IT IS FURTHER ORDERED** that the **Motions to Dismiss (Docs. 29 and 47)** are **denied as moot** because all claim against movants have otherwise been dismissed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17 day of August, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE